# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBIN M. LEE,

    Plaintiff

v.

BANK OF HAWAII, *et al.*,

    Defendants

Case No.: 2:14-cv-00161-JAD-GWF

**Order Adopting Findings and Recommendation [Doc. 8]**

Before the Court is Magistrate George Foley, Jr.'s findings and recommendation dismissing plaintiff's complaint for lack of federal jurisdiction. Doc. 8. The report was entered on August 19, 2014, and objections were due September 2, 2014. Plaintiff has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Foley's Findings and Recommendation **[Doc. 8] are ACCEPTED**; this action is dismissed for lack of federal jurisdiction.

DATED September 8, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE